## Commonwealth *v.* Hicks, Appellant.

Before STOUT, J., without a jury.

Submitted March 17, 1969. *Louis M. Natali* and *Melvin Dildine,* Assistant Defenders, and *Herman I. Pollock,* Defender, for appellant; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.